No. 14. EL BANCO DE PUERTO RICO *v.* PÉREZ ET AL.—Appeal from the District Court of Arecibo. Decided February 20, 1905. The appeal was dismissed owing to the appellant

not having complied with the provisions of sections 299 of the Code of Civil Procedure and 50, 51 and 54 of the Regulations.  *Mr. Sarmiento,* for appellant; *Mr. Santoni,* for respondent.